UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:05-CR-38 (JCH) |
| v. | : | |
| TRACY COSTIN | : | DECEMBER 13, 2006 |

### MOTION TO FILE MOTION EX PARTE AND UNDER SEAL

The Defendant, Tracy Costin, respectfully moves this Court for leave to file the accompanying Motion *ex parte* and under seal. The authorization relates to CJA issues and sealing it is therefore consistent with the CJA and the Sixth Amendment.

Respectfully submitted,
THE DEFENDANT
TRACY COSTIN

DECEMBER 15, 2006

George G. Kouros
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT  06510
(203) 787-9026 (phone)
(203) 787-9031 (fax)
gkouros@snet.net
Federal Bar No.  ct24420

*Granted. So Ordered.*